UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| KWONG HIU YUNG, | ) | Case No.: C 11-01056 PSG |
| Plaintiff, | ) | **ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS** |
| v. | ) | |
| IT DISCOVERY, INC., et al., | ) | **(Re: Docket No. 6)** |
| Defendants. | ) | |

On March 22, 2011, Plaintiff filed a motion to enlarge time on Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment or Transfer. On April 13, 2011, Plaintiff's motion to enlarge time was denied. Plaintiff's opposition to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment or Transfer was due on April 5, 2011, but no opposition was filed. The court now sets a revised briefing schedule for Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment or Transfer.

IT IS HEREBY ORDERED that Plaintiff shall file any opposition no later than April 20, 2011 by 5 p.m. Defendants shall file any reply no later than April 22, 2011. Oral argument will be heard on April 26, 2011 at 10 a.m.

Dated: April 13, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Kwong Hiu Yung
1376 Keenan Way
San Jose, CA 95125-5990

Dated: April 13, 2011

_/s/ Chambers Staff_
Chambers of U.S. Magistrate Judge Paul S. Grewal
